**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO 0:18-CV-60293-XXXX

DAVID ABELLARD, JR., **CLASS ACTION**
individually and on behalf of all others
similarly situated,

Plaintiff, **JURY TRIAL DEMANDED**

v.

THE ADT CORPORATION.,

Defendant,

_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, David Abellard, Jr. hereby dismisses this action as follows: All claims of Plaintiff, David Abellard, Jr., individually, against Defendant ADT Corporation are hereby dismissed with prejudice, with each party to bear its own fees and costs. All claims of the putative class members against Defendant ADT Corporation are dismissed without prejudice.

Date:   February 27, 2018

Respectfully submitted,

| **SHAMIS & GENTILE, P.A.** | **VENABLE, LLC** |
|---|---|
| */s/ Andrew J. Shamis*<br>Andrew J. Shamis<br>Florida Bar No. 101754<br>*efilings@sflinjuryattorneys.com*<br>14 NE 1st Avenue, Suite 400<br>Miami, Florida 33132<br>(t) (305) 479-2299<br>(f) (786) 623-0915<br><br>*Counsel for Plaintiff* | */s/ Daniel S. Blynn*<br>Daniel Blynn<br>dsblynn@venable.com<br>600 Massachusetts Avenue, NW<br>Washington, DC 20001<br>(t) (202)344-400<br>(f) (202) 344-8300<br><br><br>*Counsel for Defendant.* |

### CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

*s/ Andrew J. Shamis*
Andrew J. Shamis
Florida Bar No. 101754
*efilings@shamisgentile.com*
14 NE 1st Avenue, Suite 400
Miami, Florida 33132
(t) (305) 479-2299
(f) (786) 623-0915