UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case Number: 18-60293-CIV-MARTINEZ-SNOW

DAVID ABELLARD, JR., individually
and on behalf of all others similarly situated,
    Plaintiff,

vs.

THE ADT CORPORATION,
    Defendant.
_____/

**FINAL ORDER OF DISMISSAL AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS MATTER is before the Court upon Plaintiff's stipulation of dismissal [ECF No. 6]. It is:

**ADJUDGED** that this action is **DISMISSED with prejudice** with respect to the claims brought by Plaintiff individually, and **DISMISSED without prejudice** with respect to all claims brought by Plaintiff on behalf of the putative class members. All parties shall bear their own attorneys' fees and costs. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 27 day of February, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel of Record